## DOWNES *v.* FERRY.

A judgment will not be reversed for an error in calculating interest, not exceeding five dollars in amount, where no effort was made to correct it in the lower court by an application for a new trial.

APPEAL from the District Court of Carroll, *Copley.* J. *Stockton* and *Steele*, for the plaintiff. *J. Dunlap* and *Harmon*, for the appellant. The judgment of the court was pronounced by

SLIDELL, J. The defendant complain that the judgment allows interest from too early a date. The difference arising from the alleged error is about $5. No effort was made to have it corrected by an application for a new trial. The amount is too insignificant to justify the reversal of the judgment, and the infliction upon the appellee of the costs of the appeal. See *Medley* v. *Voris,* 2 An. 141. *Judgment affirmed.*